UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA : **INFORMATION**

- v. - : 24 Cr. 289 (PMH)

SHAILESHKUMAR GOYANI, :

    Defendant. :

------------------------------------X

## COUNT ONE
### (Conspiracy to Operate an Unlicensed Money Transmitting Business)

The United States Attorney charges:

1. From at least in or about July 2021, through at least in or about September 2023, in the Southern District of New York and elsewhere, SHAILESHKUMAR GOYANI, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960.

2. It was a part and an object of the conspiracy that SHAILESHKUMAR GOYANI, the defendant, and others known and unknown, would and did knowingly conduct, control, manage, supervise, direct, and own all and part of an unlicensed money transmitting business, which affected interstate and foreign commerce and (i) was operated without an appropriate money transmitting license in a State where such operation is punishable as a misdemeanor or a felony under State law, to wit, New York, among other States; (ii) failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and regulations prescribed under such section; and (iii) otherwise involved the

transportation or transmission of funds that were known to the defendants to have been derived from a criminal offense or were intended to be used to promote or support unlawful activity, in violation of Title 18, United States Code, Section 1960.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Operation of an Unlicensed Money Transmitting Business)

The United States Attorney further charges:

3. From at least in or about July 2021, through at least in or about September 2023, in the Southern District of New York and elsewhere, SHAILESHKUMAR GOYANI, the defendant, knowingly conducted, controlled, managed, supervised, directed, and owned all and part of an unlicensed money transmitting business, which affected interstate and foreign commerce, and aided and abetted the same, to wit, SHAILESHKUMAR GOYANI, the defendant, transmitted money from, through and out of the United States, including money collected in the Southern District of New York, without an appropriate state money transmitting license, which conduct was punishable as a misdemeanor under New York law, without meeting the Federal registration requirements set forth for money transmitting businesses under Section 5330 of Title 31, United States Code, and regulations prescribed under such section, and knowing that the money derived from a criminal offense or was intended to be used to promote or support unlawful activity.

(Title 18, United States Code, Sections 1960(b)(1)(A), (b)(1)(B), and (b)(1)(C) and 2.)

## FORFEITURE ALLEGATION

4. As a result of committing the offense alleged in Counts One and Two of this Information, SHAILESHKUMAR GOYANI, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and

personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

### Substitute Assets Provision

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney